JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LEONARDO SANCHEZ CABRERA,
Petitioner,
v.
TODD M. LYONS, et al.,
Respondents.

Case No. 5:26-cv-3996-SK

**JUDGMENT**

Pursuant to the Order Granting Petition, IT IS ADJUDGED that the 28 U.S.C. § 2241 petition is granted in Petitioner's favor. Petitioner **Leonardo Sanchez Cabrera (A# 246-061-878)** is thus ORDERED RELEASED IMMEDIATELY from ICE custody on the same bond (if any) and the same conditions of release (if any) that were in effect when petitioner was most recently arrested and detained by ICE.

DATED: July 31, 2026

STEVE KIM
United States Magistrate Judge